JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JOHN M. ORR
Nevada Bar No. 14251
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*JOrr@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Ashley Torres*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ASHLEY TORRES, an individual,

Plaintiff,

v.

FULCRUM, INC., a Maryland corporation,

Defendant.

Case No. 2:26-cv-00880-JAD-EJY

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION AND ASSOCIATED DEADLINES**

**(FIRST REQUEST)**

Plaintiff Ashley Torres ("Plaintiff") and Defendant Fulcrum, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court continue the Early Neutral Evaluation ("ENE") currently scheduled for October 19, 2026, at 10:00 a.m., together with the associated deadline to submit confidential written evaluation statements. This is the Parties' first request to continue the ENE.

Plaintiff filed the Complaint on March 24, 2026. ECF No. 1.

On March 25, 2026, the Clerk of Court assigned this case to the Early Neutral Evaluation Program under LR 16-6 and designated Magistrate Judge Brenda Weksler as the evaluating judge. ECF No. 3.

Defendant filed its Answer approximately five months later on August 31, 2026. ECF No. 5. The delay between the filing of the Complaint and Defendant's Answer was due to two deaths in defense counsel's family, which defense counsel reported to Plaintiff's counsel.

On September 1, 2026, the Court scheduled the ENE for October 19, 2026, at 10:00 a.m. via Zoom videoconference. ECF No. 7. The Parties' confidential written evaluation statements are currently due by 4:00 p.m. on October 12, 2026.

The Parties held their Rule 26(f) discovery conference on September 29, 2026.

Because the Rule 26(f) conference took place only recently, the Parties have not yet had served initial disclosures or written discovery. As a result, the Parties do not yet have the basic information that they need to meaningfully evaluate liability, damages, and settlement positions before the ENE.

Additional good cause exists because Plaintiff's counsel has a previously scheduled ENE in *Esparza v. Elko Community Health Center, LLC, et al.*, Case No. 3:26-cv-00386-ART-CLB, on October 19, 2026, at 9:00 a.m. that conflicts with the ENE in this matter. Plaintiff's counsel did not identify and report the conflict to the Court sooner because, between August 11, 2026, and September 3, 2026, he had to travel emergently to San Diego on two occasions to be with his older brother, who was hospitalized and later passed away on August 25, 2026.

During the same period, Plaintiff's counsel also transitioned to newly assigned support staff. That transition temporarily disrupted counsel's established calendaring and case-management procedures, contributing to the delayed identification and disclosure of the scheduling conflict. Plaintiff's counsel respectfully apologizes to the Court and its staff for the delay in bringing this conflict to their attention.

The Parties therefore agree that a brief continuance of the ENE will allow them to exchange

and review written discovery responses, better assess the claims and defenses, and participate in the ENE in a more informed and productive manner.

This request is made in good faith and not for purposes of delay. No party will be prejudiced by the requested continuance.

Based on the foregoing, the Parties stipulate and respectfully request that the Court vacate the ENE currently set for October 19, 2026, at 10:00 a.m., and the October 12, 2026 deadline for confidential written evaluation statements.

The Parties further request that the Court reset the ENE and associated submission deadlines to a date convenient for the Court, preferably at least sixty (60) days after the current ENE date. To assist the Court in selecting a new date and avoid another scheduling conflict, Plaintiff's counsel advises that he is currently scheduled to attend ENEs on November 9, 2026, November 17, 2026, at 10:00 a.m., and December 1, 2026, at 9:00 a.m.

IT IS SO STIPULATED.

DATED: October 6, 2026

**GREENBERG GROSS LLP**

By: */s/ John M. Orr*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JOHN M. ORR
Nevada Bar No. 14251
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff Ashley Torres*

DATED: October 6, 2026

**McAVOY AMAYA & REVERO ATTORNEYS**

By: */s/ Michael J. McAvoy-Amaya*
MICHAEL J. McAVOY-AMAYA, ESQ.
Nevada Bar No. 14082
TIMOTHY E. REVERO, ESQ.
Nevada Bar No. 14603
600 S. 8th Street
Las Vegas, Nevada 89101
*Attorneys for Defendant Fulcrum, Inc.*

**ORDER**

IT IS SO ORDERED. The Early Neutral Evaluation set for October 19, 2026, at 10:00 a.m., and the October 12, 2026 deadline for confidential written evaluation statements, are VACATED. The Early Neutral Evaluation is RESET for December 21, 2026, at 10:00 a.m. via Zoom videoconference. Confidential written evaluation statements are due by 4:00 p.m. on December 14, 2026. All other requirements of the Court's Order Scheduling Early Neutral Evaluation (ECF No. 7) remain in effect.

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: October 8, 2026